# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| RICKEY LOUIS ALFORD, | **ORDER OF DISMISSAL** |
| --- | --- |
| Plaintiff, | |
| v. | Case No. 18-cv-06348-JST (PR) |
| DANIEL C. HOHLER, | |
| Defendant. | |

| RICKEY LOUIS ALFORD, | |
| --- | --- |
| Plaintiff, | |
| v. | Case No. 18-cv-06349-JST (PR) |
| MOLLY C. DWYER, | |
| Defendant. | |

| RICKEY LOUIS ALFORD, | |
| --- | --- |
| Plaintiff, | |
| v. | Case No. 18-cv-6383-JST (PR) |
| UNITED STATES COURT OF APPEALS, | |
| Defendant. | |

| RICKEY LOUIS ALFORD, | |
| --- | --- |
| Plaintiff, | |
| v. | Case No. 18-cv-6396-JST (PR) |
| ALKA SAGAR, | |
| Defendant. | |

Plaintiff was ordered on January 16, 2019 to pay the filing fee of $400 in each of the above cases or to show cause by February 15, 2019 why his in forma pauperis (IFP) applications should not be barred by 28 U.S.C. § 1915(g). He has filed no response to the order nor paid the filing fee. He has not shown that the restrictions of section 1915(g) do not apply to him. Accordingly, his IFP applications are DENIED.

The actions are DISMISSED without prejudice to plaintiff raising his claims in a new paid complaint. A $400.00 filing fee must be paid in each separate action that plaintiff wishes to pursue.

The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

Dated: April 29, 2019

_____
JON S. TIGAR
United States District Judge